AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| ABIGAIL SANTANA-RAMOS )  <br> Plaintiff ) <br> v. ) <br> TOM VILSACK, DEPARTMENT AGRICULTURE ) <br> Defendant ) | Civil Action No. 09-1086 (JAG) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

TOM VILSACK, SECRETARY
US DEPT. AGRICULTURE
1400 INDEPENDENCE AVE. S.W.
WASHINGTON, DC 20250-9440

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

ELAINE RODRIGUEZ FRANK
PO BOX 194799
SAN JUAN, PR 00919-4799
TEL. (787) 250-8592

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN
CLERK OF COURT

Date: __JAN 29 2009__

Name of clerk of court
JOSE L. ARROYO
Deputy Clerk
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| ABIGAIL SANTANA-RAMOS | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 09-1086 (JAG) |
| TOM VILSACK, DEPARTMENT AGRICULTURE | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

ROSA E. RODRIGUEZ, USA ATTORNEY
CHARDON TOWER, SUITE 101
350 CHARDON AVE.
SAN JUAN, PR 00918

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

ELAINE RODRIGUEZ FRANK
PO BOX 194799
SAN JUAN, PR 00919-4799
TEL. (787) 250-8592

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN
CLERK OF COURT

Date: JAN 29 2009

JOSE L. ARROYO
Deputy Clerk

Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

| ABIGAIL SANTANA-RAMOS | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 09-1086 (JAG) |
| TOM VILSACK, DEPARTMENT AGRICULTURE | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

MARK FILIP, ATTORNEY GENERAL
US DEPARTMENT O F JUSTICE
10TH & CONSTITUTION AVE. NW ROOM 511
WASHINGTON, DC 20530

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

ELAINE RODRIGUEZ FRANK
PO BOX 194799
SAN JUAN, PR 00919-4799
TEL. (787) 250-8592

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN
CLERK OF COURT

Date: **JAN 2 9 2009**

Name of clerk of court
JOSE L. ARROYO
Deputy Clerk
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*