IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ABIGAIL SANTANA-RAMOS<br><br>    Plaintiff<br>        v.<br><br>TOM VILSACK<br><br>    Defendant | CIVIL NO. 09-1086(JAG) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed Answer to Complaint (Dkt. 6) with the Clerk of the Court on May 21, 2009 using the CM/ECF System which will send notification of such filing to: Elaine Rodríguez-Frank, Esq.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 26th day of May, 2009.

>               Rosa Emilia Rodríguez-Vélez
>               United States Attorney
>
>               S/Fidel A. Sevillano-Del Río
>               FIDEL A. SEVILLANO-DEL RIO
>               Assistant U.S. Attorney
>               U.S.D.C.-P.R. 117812
>               Torre Chardón, Suite 1201
>               350 Carlos Chardón St.
>               San Juan, Puerto Rico 00918
>               Tel. (787) 766-5656
>               Fax  (787) 766-6219
>               E-mail fidel.sevillano@usdoj.gov